### Billy Ray GULLY, Movant,

v.

### COMMONWEALTH of Kentucky, Respondent.

Supreme Court of Kentucky.

Jan. 16, 1979.

Jack Farley, Public Advocate, Edward C. Monahan, Asst. Public Advocate, Frankfort, for movant.

Robert F. Stephens, Atty. Gen., C. David Clauss, Asst. Atty. Gen., Frankfort, for respondent.

## OPINION AND ORDER

The motion of Billy Ray Gully for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered July 7, 1978, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *Whorton v. Commonwealth*, Ky., 570 S.W.2d 627 (1978).

All concur.